Order reversed and matter remitted to the Supreme Court, Bronx County, for a hearing upon the authority of
 
 People
 
 v.
 
 Sprague
 
 (11 N Y 2d 951). No opinion.
 

 Concur: Chief Judge Desmond and Judges Dye, Fuld, Van Voorhis, Burke and Foster. Judge Scileppi concurs in result in the following memorandum: I concur on authority of
 
 People
 
 v.
 
 Boundy
 
 (10 N Y 2d 518) and
 
 People
 
 v.
 
 Sprague
 
 (11 N Y 2d 951). If the question were here as an original one, I would dissent for the reasons stated in the dissenting opinion of Judge Froessel in
 
 People
 
 v.
 
 Sprague (supra).